UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   04-40467-BKC-RAM
GABRIEL NARCISO RIOS

                                          CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    24.07  remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case.  Your trustee
     has made a good faith effort to verify the correct mailing
     address for said debtor(s)/Creditor(s) and deliver the funds
     before presenting this notice.  More than sufficient time has
     passed for these checks to be presented for payment, or the
     creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $     .00  remaining in her bank
     account which represents small dividends as defined by FRBP
     3010.

        Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

        WHEREFORE, your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U.S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.

Date: _____ 11/12/10 _____

                                          NANCY N. HERKERT
                                          CHAPTER 13 TRUSTEE

Copies to:

    GABRIEL NARCISO RIOS
    8225 NW 66 St
    MIAMI FL 33178

    PATRICK L. CORDERO, ESQUIRE
    198 NW 37 AVENUE
    MIAMI FL 33125

    CHEVRON CREDIT BANK, N.A.
    300 DIAMOND BLVD
    PO BOX 5010, MCE 350
    CONCORD, CA 94521-0016

    U.S. Trustee
    51 S.W. 1st Avenue
    Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   04-40467-BKC-RAM
GABRIEL NARCISO RIOS


                                          CHAPTER 13


GABRIEL NARCISO RIOS

8225 NW 66 ST
MIAMI, FL 33178


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


CHEVRON CREDIT BANK, N.A.        ---------$        24.07
2001 DIAMOND BLVD.
PO BOX 5010, SECT 230
CONCORD, CA 94524-0010              **UNDELIVERABLE/STALE
                                    CLAIM REGISTER#  5**

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130